UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCEL LAMONT PRIDGEN,<br><br>                       Plaintiff,<br><br>-*against*-<br><br>ILAND JAIL, RIKERS ILAND JAIL, and MS. HAYES, OFFICER IN NICC, 1STSHIFT INTAKE,<br><br>                       Defendants. | **ORDER**<br><br>22-cv-2294 (ER) |

Ramos, D.J.:

      Marcel Lamont Pridgen, acting *pro se*, brought this action against the City of New York ("City") and "Ms. Hayes" pursuant to 42 U.S.C. § 1983 on March 21, 2022.  Since filing his complaint on March 21, 2022, Pridgen has not communicated with the Court in any manner.  The City moved to dismiss Pridgen's complaint pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction and pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted on July 12, 2022.  Doc. 15.

      The motion to dismiss was granted on February 1, 2023, with leave for Pridgen to file an amended complaint by March 3, 2023.  Doc. 21.  The Opinion & Order advised Pridgen that failure to file an amended complaint by that date would result in the case being closed.  As of the date of this order, Pridgen has not filed an amended complaint.

Accordingly, the Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated:   April 21, 2023
         New York, New York

_____
EDGARDO RAMOS
United States District Judge